App. Div.] First Department, March, 1913.

Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Madison Trust Company, Respondent, v. Herman Milgrim and Max Milgrim, Appellants, Impleaded with Israel Schiff and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Jonas Wieser and Esther Wieser, Appellants, v. William Guggolz Construction Company and Others, Respondents.— Order modified as stated in order and as modified affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Grace E. Lewis and Others, Respondents, v. Charles De Kay Townsend, Individually and as Trustee under the Last Will and Testament of Letitia A. Poillon, Deceased, Impleaded with L. Bradford Prince, Individually and as Trustee under the Last Will and Testament of Letitia A. Poillon, Deceased, Appellant, and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Grace E. Lewis and Others, Respondents, v. Charles De Kay Townsend, Individually and as Trustee under the Last Will and Testament of Letitia A. Poillon, Deceased, Appellant, Impleaded with L. Bradford Prince, Individually and as Trustee Under the Last Will and Testament of Letitia A. Poillon, Deceased, and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Sarah Stella Dunn, Respondent, v. Lizzie Hastings Holme, Appellant. — Order modified as stated in order and as modified affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Bohland-Alkier Construction Company, Appellant, v. Abraham S. Phillips and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles S. Danziger and Arthur J. Sanville, Respondents, v. Joseph Gottlieb, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Vincent Kelly.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Israel Levy.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ,

The People of the State of New York v. Samuel Roth.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Hastings Land Improvement Company v. Empire State Surety Company.— Motion granted, unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Henry W. Rose v. Joseph Keen.— Motion granted unless appellant